JTM: USAO#2019R00503

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JUL 22 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. ELH-19-0349 |
| v. | * |
| | * (Escape, 18 U.S.C. § 751(a)) |
| MARK DARNELL PEEPLES, | * |
| | * |
| Defendant | * |
| | * |

*******

## INFORMATION

The United States for the District of Maryland charges that:

On or about August 22, 2018, in the District of Maryland, the defendant,

**DORIAN GRIFFIN,**

did knowingly escape from custody at the Volunteers of America in Baltimore, Maryland, a residential re-entry program, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Maryland (Northern Division) upon convictions for the commission of Conspiracy to Commit Bank Fraud, in violation of Title 18 United States Code, Section 1349, and Aggravated Identity Theft, in violation of Title 18 United States Code, Section 1028A.

18 U.S.C. § 751 (a)

7-22-19
Date

Robert K. Hur by JTM
ROBERT K. HUR
UNITED STATES ATTORNEY

1