JTM: USAO#2019R00503



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 AUG 13 AM 11: 47

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. ELH-19-0349** |
| v. | * | |
| | * | **(Escape, 18 U.S.C. § 751(a))** |
| **MARK DARNELL PEEPLES,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

**\*\*\*\*\*\*\***

## SUPERSEDING INFORMATION

The United States for the District of Maryland charges that:

On or about August 22, 2018, in the District of Maryland, the defendant,

## MARK DARNELL PEEPLES,

did knowingly escape from custody at the Volunteers of America in Baltimore, Maryland, a

residential re-entry program, an institutional facility in which he was lawfully confined at the

direction of the Attorney General by virtue of a judgment and commitment of the United States

District Court for the District of Maryland (Northern Division) upon convictions for the

commission of Conspiracy to Commit Bank Fraud, in violation of Title 18 United States Code,

Section 1349, and Aggravated Identity Theft, in violation of Title 18 United States Code, Section

1028A.

18 U.S.C. § 751 (a)

8/12/19
Date

Robert K. Hur by JTM

ROBERT K. HUR
UNITED STATES ATTORNEY

1